UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SONJA N. WILLIAMS, ET AL. | § | |
| | § | |
| v. | § | CIVIL NO. 4:24-CV-122-SDJ |
| | § | |
| TAVA VENTURES, INC., ET AL. | § | |

## **REFERRAL ORDER**

Pursuant to 28 U.S.C. § 636 and Local Rule CV-72, the undersigned hereby **REFERS** the above-referenced case to U.S. Magistrate Judge Aileen Goldman Durrett for all pretrial proceedings.

**So ORDERED and SIGNED this 14th day of May, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE